IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**NATHANIEL WILLIAMS,**

    Plaintiff,

v.                                                 Civil Action No. **3:23CV386 (RCY)**

**UNKNOWN,**

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter requesting the Court to send him a form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 1.) By Memorandum Order entered on June 30, 2023, the Court directed the Clerk to send Plaintiff a § 1983 complaint form. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court further explained that, if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

On July 12, 2023, the United States Postal Service returned the June 30, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/ *[signature]*

Date: July 20, 2023                                     Roderick C. Young
Richmond, Virginia                                 United States District Judge